**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| JOHNATHAN M. YOUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES AGENCIES 1-10; and ROE CORPORATIONS 1-10, inclusive<br><br>Defendants. | CASE NUMBER: 2-10-cv-0517-LRH-VCF<br><br>**STIPULATION AND ORDER TO DISMISS SPECIFIC CAUSES OF ACTION INCLUDED IN PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff Jonathan M. Young by and through his counsel of record Bradley J. Myers, Esq., MAINOR EGLET, and Defendant American Family Mutual Insurance Company by and through its counsel of record, Robert W. Freeman, Jr., Esq., FREEMAN & ASSOCIATES, to dismiss with prejudice specific causes of action included in Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Violation of the Unfair Claims Practices Act are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Breach of the Covenant of Good Faith and Fair Dealing - Bad Faith are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Breach of Fiduciary Duty are hereby dismissed with prejudice.

1     IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Misrepresentation are hereby dismissed with prejudice.

    IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Punitive Damages are hereby dismissed with prejudice.

    IT IS FURTHER STIPULATED AND AGREED that plaintiff's cause of action for Breach of Contract for UIM benefits remains.

    Defendant American Family Mutual Insurance Company hereby withdraws its Motion for Partial Summary Judgment.

| | |
|---|---|
| DATED this 6th day of January, 2012. | DATED this 6th day of January, 2012. |
| FREEMAN & ASSOCIATES | MAINOR EGLET |
| *(signature)* | /s/ Bradley J. Myers, Esq. |
| Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>1060 Wigwam Parkway<br>Henderson, Nevada 89074<br>Attorneys for Defendant<br>American Family Insurance Group | Bradley J. Myers, Esq.<br>Nevada Bar No. 3120<br>400 South Fourth Street 6th Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff<br>Jonathan Young |

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of January, 2012.

*(signature)*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE