**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| JOHNATHAN M. YOUNG, | CASE NUMBER: 2-10-cv-0517-LRH-VCF |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS SPECIFIC CAUSES OF ACTION INCLUDED IN PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES AGENCIES 1-10; and ROE CORPORATIONS 1-10, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff Jonathan M. Young by and through his counsel of record Bradley J. Myers, Esq., MAINOR EGLET, and Defendant American Family Mutual Insurance Company by and through its counsel of record, Robert W. Freeman, Jr., Esq., FREEMAN & ASSOCIATES, to dismiss with prejudice specific causes of action included in Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Violation of the Unfair Claims Practices Act are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Breach of the Covenant of Good Faith and Fair Dealing - Bad Faith are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Breach of Fiduciary Duty are hereby dismissed with prejudice.

1  IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Misrepresentation are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's causes of action for Punitive Damages are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that plaintiff's cause of action for Breach of Contract for UIM benefits remains.

Defendant American Family Mutual Insurance Company hereby withdraws its Motion for Partial Summary Judgment.

DATED this 6th day of January, 2012.

FREEMAN & ASSOCIATES

Robert W. Freeman, Esq.
Nevada Bar No. 3062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Insurance Group

DATED this 6th day of January, 2012.

MAINOR EGLET

/s/ Bradley J. Myers, Esq.
Bradley J. Myers, Esq.
Nevada Bar No. 3120
400 South Fourth Street 6th Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff
Jonathan Young

### ORDER

IT IS SO ORDERED.

DATED this 10th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE