UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHNATHAN M. YOUNG,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

2:10-cv-0517-LRH-VCF

ORDER

    Before the court is plaintiff Johnathan M. Young's ("Young") motion for summary judgment on the issue of comparative negligence. Doc. #25. Defendant American Family Mutual Insurance Company ("American Family") filed a non-opposition to the motion. Doc. #28

    IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment on the issue of comparative negligence (Doc. #25) is GRANTED. Defendant's fourth affirmative defense for comparative negligence is DISMISSED.

    IT IS SO ORDERED.

    DATED this 30th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE