UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHNATHAN M. YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>    Defendant. | 2:10-cv-0517-LRH-VCF<br><br>ORDER |

Before the court is plaintiff Johnathan M. Young's ("Young") motion for summary judgment on the issue of comparative negligence. Doc. #25. Defendant American Family Mutual Insurance Company ("American Family") filed a non-opposition to the motion. Doc. #28

IT IS THEREFORE ORDERED that plaintiff's motion for summary judgment on the issue of comparative negligence (Doc. #25) is GRANTED. Defendant's fourth affirmative defense for comparative negligence is DISMISSED.

IT IS SO ORDERED.

DATED this 30th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE